IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DONALD McBROOM and CARLANN McBROOM | § § § | |
| v. | § § | Case No. 5:23-cv-00023-RWS-JBB |
| LIVELY TRANSPORTATION, LLC and THOMAS PETE LIVELY. | § § § | |

# **FINAL JUDGMENT**

Pursuant to the Court's Order dismissing the above-captioned case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 1st day of March, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE